```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

v.                       CASE NO. 10CR20026

DAWN STEWART                                            DEFENDANT

## **O R D E R**

Before the Court is the Government's Motion to Dismiss the Indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure (Doc. 13). The Court, being well and sufficiently advised, finds that the Government's Motion should be GRANTED. Accordingly, the Indictment (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of October 2010.

*/s/ Robert T. Dawson*
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**